**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Robert James Swint,<br><br>              Plaintiff,<br><br>   v.<br><br>Chrystal Marie Meyer,<br><br>             Defendant. | Case No. 2:21-cv-00934-APG-BNW<br><br>**Order** |

Plaintiff submitted initiating documents to this Court on May 13, 2021. ECF No. 1. Plaintiff did not pay the filing fee for this case or file an application to proceed *in forma pauperis*. If Plaintiff is unable to pay the filing fee in this case, Plaintiff must complete an application to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1) and Local Special Rule ("LSR") 1-1.

Additionally, the Court will dismiss plaintiff's complaint for failure to state a claim. Under Rule 8, a complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). In considering whether the complaint is sufficient to state a claim, all allegations of material fact are taken as true and construed in the light most favorable to the plaintiff. *Wyler Summit P'ship v. Turner Broad. Sys. Inc.*, 135 F.3d 658, 661 (9th Cir. 1998) (citation omitted). Here, plaintiff alleges a discrimination claim under 42 U.S.C. § 2000e. ECF No. 1-1. But plaintiff does not allege any facts to support a discrimination claim. Instead, he filed a 2-page complaint that is mostly incomprehensible.

1    IT IS THEREFORE ORDERED that the Clerk of the Court must send Plaintiff the
2  approved form application to proceed *in forma pauperis*, as well as the document titled
3  "Information and Instructions for Filing an *In Forma Pauperis* Application."
4    IT IS FURTHER ORDERED that by June 1, 2021, Plaintiff must either: (1) file a
5  complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and
6  LRS 1-1; or (2) pay the full $402 fee for a civil action, which includes the $350 filing fee and the
7  $52 administrative fee. Plaintiff is advised that failure to comply with this order will result in a
8  recommendation that this case be dismissed.
9    IT IS FURTHER ORDERED that the Clerk of Court shall detach and separately docket
10 ECF No. 1-1 as a complaint.
11   IT IS FURTHER ORDERED that plaintiff's complaint is DISMISSED. If plaintiff desires
12 to amend his complaint, he must do so by June 1, 2021. Failure to comply will result in a
13 recommendation that this case be dismissed.
14   DATED: May 18, 2021.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE