UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Robert James Swint,<br><br>            Plaintiff,<br><br>    v.<br><br>Chrystal Marie Meyer,<br><br>            Defendant. | Case No. 2:21-cv-00934-APG-BNW<br><br>**REPORT AND RECOMMENDATION** |

On May 18, 2021, the Court entered an order requiring Plaintiff to file an application to proceed *in forma pauperis* or to pay the filing fee in this case. ECF No. 3. The Court also ordered Plaintiff to file an amended complaint. *Id.* Plaintiff's deadline for taking these actions was June 1, 2021. *Id.* The Court noted that a failure to comply with the Court's order would result in a recommendation that this case be dismissed. *Id.* Plaintiff did not comply with this Court's order or otherwise take any action in this case. Accordingly, it appears Plaintiff abandoned his case.

IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being

served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: July 20, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE