UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JAMES SWINT,<br><br>　　　Plaintiff<br><br>v.<br><br>CHRYSTAL MARIE MEYER,<br><br>　　　Defendant | Case No.: 2:21-cv-00934-APG-BNW<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF No. 5] |

　　　On July 20, 2021, Magistrate Judge Weksler recommended that I dismiss plaintiff Robert Swint's complaint without prejudice because it appears that Swint has abandoned this case. ECF No. 5. Swint did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　　I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 5) is accepted. Plaintiff Robert Swint's complaint is dismissed without prejudice. The clerk of court is instructed to close this case.

　　　DATED this 13th day of September, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE